**Fill in this information to identify the case:**

Debtor name: I Load, Inc.

United States Bankruptcy Court for the: Northern District Of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DBG Express Trucking LLC<br>10310 W. Pallotine Drive<br><br>Greenfield, WI53228 | | | | | | $771,076.48 |
| 2 | Federal Deposit Insurance Corp<br>Attn: O'Brien Law Offices, P.C<br>124A South County Farm Road<br>Wheaton, IL60187 | | | | | | $503,302.01 |
| 3 | Bank of the Ozarks<br>c/o Lessmeister & Associates<br>105 West Adams, Suite 2020<br>Chicago, IL60603 | | | | | | $66,530.16 |
| 4 | Fleet One<br>P.O. Box 415000<br><br>Nashville, TN37241 | | | | | | $54,303.76 |
| 5 | Republic Bank of Chicago<br>Attn: Scott & Kraus LLC<br>150 S. Wacker, Ste. 2900<br>Chicago, IL60606 | | | | | | $50,000.00 |
| 6 | See Attachment 1<br>c/o Ryan Nevara<br>328 S. Jefferson, Suite 909<br>Chicago, IL60607 | | | | | | $19,564.43 |
| 7 | Berkshire Hathaway Homestate Ins<br>Attn: Teller Levit Silvertrust<br>19 S. LaSalle #701<br>Chicago, IL60603 | | | | | | $13,485.14 |
| 8 | Berkshire Hathaway Homestate Ins<br>1314 Douglas St.<br><br>Omaha, NB68102 | | | | | | $12,968.19 |

Debtor    I Load, Inc._____    Case number (*if known*)_____
          *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Atlas SN Leasing<br>2500 Devon Ave.<br><br>Elk Grove Village, IL60007 | | | | | | $9,021.77 |
| 10 | USPS Disbursing Office<br>PO Box 21666<br><br>Saint Paul, MN55121 | | | | | | $5,831.04 |
| 11 | FedEx<br>PO Box 94515<br><br>Palantine, IL60094 | | | | | | $5,397.16 |
| 12 | Marbill Reatly Corporation<br>195 Route 46 West<br>Suite 6<br>Totowa, NJ087512 | | | | | | $4,308.51 |
| 13 | Illinois Tollway<br>PO Box 5544<br><br>Chicago, IL60680 | | | | | | $3,490.65 |
| 14 | Western Union Financial Services<br>PO 6036<br><br>Englewood, CA80112 | | | | | | $2,688.85 |
| 15 | See Attachment 2<br>PO Box 778<br><br>Dover, DE19903 | | | | | | $2,536.54 |
| 16 | Alarm 24/7 Inc.<br>3740 W. 25th Ave.<br><br>Schiller Park, IL60176 | | | | | | $2,161.00 |
| 17 | Alert GPS<br>3740 W. 25th Avenue<br><br>Schiller Park, IL60176 | | | | | | $2,161.00 |
| 18 | Liberty Mutual Insurance<br>95 W. Algonquin Rd.<br>Suite 175<br>Arlington Heights, IL60005 | | | | | | $2,059.32 |
| 19 | Bellwood Currency Exchange, Inc<br>1528 Lee St<br><br>Des Plaines, IL60018 | | | | | | $1,553.80 |
| 20 | Infinity Printing Supplies<br>PO Box 3517<br><br>Granada Hills, CA91394 | | | | | | $938.49 |

Attachment
Debtor: I Load, Inc.     Case No:

Attachment 1

    Enterprise Leasing Company of Chicago

Addendum 2

  a.   Delaware Department of Transportation