# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| I LOAD, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Case No. 17-16011 |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Dennis A. Dressler hereby enters his appearance on behalf of Quality Leasing, Inc. ("Quality"), a creditor and party-in-interest in the above-captioned case, and files a Request for Notices and requests to be added to the master mailing list. Quality hereby requests that notice of all matters which may come before the Court be served upon the following address:

Dennis A. Dressler
Counsel for Quality Leasing, Inc.
Dressler & Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: ddressler@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought

before this Court in this case.

                        QUALITY LEASING, INC.

By:    /s/ Dennis A. Dressler
        Dennis A. Dressler (IL #6271183)
        Dressler |Peters, LLC
        70 W. Hubbard Street, Suite 200
        Chicago, IL 60654
        Phone: (312) 602-7360
        Fax : (312) 637-9378
        Email: ddressler@dresslerpeters.com

## **CERTIFICATE OF SERVICE**

I, Rachel McCandless, hereby certify that I have served a copy of the foregoing Notice of Appearance and Request for Notices by ECF Notice of Electronic Filing this 25th day of May, 2017.

/s/ Rachel McCandless
Rachel McCandless
Paralegal