**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-16011 |
| I LOAD, INC. ) | |
| ) | |
| Debtor. ) | |
| ) | Chapter 11 |
| ) | Hon. LaShonda A. Hunt |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that THOMAS V. ASKOUNIS of ASKOUNIS & DARCY, PC, on behalf of CROSSROADS EQUIPMENT LEASE AND FINANCE, LLC ("Crossroads"), who is a creditor and party-in-interest in the above-captioned case, hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b) and requests to be added to the master mailing list. Pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007, Crossroads hereby requests that special notice of all matters which may come before the Court be served upon the following address:

> Thomas V. Askounis, Esq.
> ASKOUNIS & DARCY, PC
> 444 N. Michigan Ave., Suite 3270
> Chicago, IL 60611
> (312) 784-2400 Telephone
> (312) 784-2410 Facsimile
> taskounis@askounisdarcy.com

The foregoing request includes the notices and papers referred to in Bankruptcy rules 2002, 3017, 4001, 9007 and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements, and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, or otherwise. Additionally, Crossroads requests copies of all pleadings and papers of any form whatsoever filed with the Office of the United States Trustee including, without limitations, copies of all interim statements, operating reports and other documents either requested or required by the Office of the United States Trustee.

Dated: May 26, 2017                             CROSSROADS EQUIPMENT LEASE AND FINANCE, LLC

By:     s/ Thomas Askounis_____
Thomas Askounis (ARDC # 0077720)
ASKOUNIS & DARCY, PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
taskounis@askounisdarcy.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system, which will send electronic notification to the following:

- **Leslie G Bleifuss**    lbleifuss@obrienlawoffices.com
- **Dennis A Dressler**    ddressler@dresslerpeters.com
- **David R Herzog**    drhlaw@mindspring.com, herzogschwartz@gmail.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Lauren Newman**    lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com;aversis@thompsoncoburn.com
- **Michael A O'Brien**    mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com

s/ Thomas V. Askounis_____
Attorney