**Fill in this information to identify the case:**

Debtor name  I Load, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 17-16011

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number
   3.1. _____    _____    ___ ___ ___ ___    $_____
   3.2. _____    _____    ___ ___ ___ ___    $_____

4. **Other cash equivalents** *(Identify all)*                            0

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                       $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor    I Load, Inc.
          _____
          Name

Case number (*if known*) 17-16011
_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    $0.00 _____ – $0.00 _____ = .......➔    $ 0.00 _____
    face amount                     doubtful or uncollectible accounts

    11b. Over 90 days old:    $5,318,879.13 _____ – $0.00 _____ = .......➔    $ 5,318,879.13 _____
    face amount                     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 5,318,879.13 _____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  I Load, Inc.
_____Name_____   Case number *(if known)*___17-16011___

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    I Load, Inc.
          Name                                          Case number (if known)   17-16011

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor      I Load, Inc.
            Name

Case number *(if known)* 17-16011

---

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Trucks & vans -in possession (see list) | $ Unknown | | $ Unknown |
| 47.2 2016 Bentley Continental | $ 198,500.00 | Kelley Blue Book | $ 198,500.00 |
| 47.3 2012 Mercedes B. CLS Class | $ 25,000.00 | Kelley Blue Book | $ 25,000.00 |
| 47.4 2015 Ferrari 458 CPE | $ 245,000.00 | Edmunds | $ 245,000.00 |

See Attachment 1: Additional Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,104,750.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   T Load, Inc.
_____
Name

Case number (if known)___17-16011___

---

| **Part 9:** | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and Intellectual Property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>USDOT License #1323104 | $ Unknown | | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor   T Load, Inc.
_____
Name

Case number *(if known)* 17-16011

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested_   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Owner & Operators Receiveables   $312,024.90

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $312,024.90

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,318,879.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,104,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $312,024.90 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $6,735,654.03 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................................    $6,735,654.03

## Attachment
### Debtor: I Load, Inc.     Case No: 17-16011

Attachment 1: Additional Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm

Description: 2016 Mercedes-Benz G63W4
Book Value: $141,000.00
Value: $141,000.00

Book Value: $290,000.00
Value: $290,000.00

Description: 2017 Porsche 911 Turbo S
Book Value: $160,250.00
Value: $160,250.00

Description: 2015 Porsche Macon
Book Value: $45,000.00
Value: $45,000.00

Description: Trucks & vans - in possession Pete's Towing (see list)
Book Value: Unknown
Value: Unknown

**ILOAD INC**

**Accounts Receivable**

| NAME, FEIN #, ADDRESS | TRUCK # | AMOUNT |
|---|---|---|
| **SVT INC**<br>FEIN # 46-2290238<br>Address : 8507 W Winnemac Ave<br>unit 2, Chicago,IL, 60656 | | $    39,101.79 |
| **TITANIUM LOGISTICS INC**<br>FEIN # 47-3348798<br>Address : 9501 Kelvin Ln, apt 2443<br>Schiller Park,IL, 60176 | | $    32,866.60 |
| **JETSET EXPRESS INC**<br>FEIN # 47-5314532<br>Address : 3577 N Milwaukee Ave<br>Chicago,IL, 60641 | | $   173,774.22 |
| **XPO Logistics** | Trailers | $   228,000.00 |
| | Empty Miles | $ 1,000,000.00 |
| | Unpaid Loads | $ 1,800,000.00 |
| **ROYAL FREIGHT EXPRESS INC**<br>FEIN # 47-1987689<br>Address : 3719 Thornwood Dr.<br>Rockford,IL, 61107 | | $   278,656.30 |
| **Lollipop LLC**<br>9823 N. Lawrence Ave<br>Schiller Park, IL 60176 | | $   666,480.22 |
| **Reload Inc**<br>770 N. LaSalle St.<br>STE 707<br>Chicago, IL 60654 | | $   500,000.00 |
| **ZLATKO Z HALILOVIC**<br>SSN # 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<br>Address : 646 Colonial Ln Apt 19<br>Des Plaines,IL, 60016 | | $   600,000.00 |
| **TOTAL** | | $ 5,318,879.13 |

Exhibit B - Number 47 cont'd
List of Trucks and Vans

|  |  |  |  |  |  | Value |
|---|---|---|---|---|---|---|
| **TRUCKS FOUND PETES TOWING** |  |  |  |  |  |  |
| 1 | INTERN | 2007 | 1HTMMAALX7H378930 | BOX |  | 15,000 |
| 2 | VOLVO | 2007 | 4V4NC9TH37N439424 |  | 777 | 17,000 |
| 3 | INTERN | 2010 | 3HSCUAPR3AN205228 |  | 901 | 22,000 |
| 4 | INTERN | 2010 | 3HSCUAPRXAN193401 |  | 902 | 22,000 |
| 5 | FRHT | 2011 | 1FUJGLDR3BLAV6764 | PAID OFF |  | 26,000 |
| 6 | INTERN | 2011 | 3HSCUAPRXBN267322 | PAID OFF |  | 26,000 |
| 7 | INTERN | 2011 | 3HSCUAPR1BN267287 | PAID OFF |  | 26,000 |
| 8 | INTERN | 2010 | 3HSCUAPR8AN217727 | PAID OFF |  | 22,000 |
| 9 | VOLVO | 2009 | 4V4NC9TG29N273181 | PAID OFF |  | 20,000 |
| 10 | KW | 2007 | 1XKTDU9X77J168476 | REPUBLIC B | 800 | 17,000 |
|  |  |  |  |  |  |  |
| **TRUCKS IN OUR POSSESIONS** |  |  |  |  |  |  |
| 1 | INTERN | 2011 | 3HSCUAPR7BN267343 | PAID OFF |  | 26,000 |
| 2 | FRHT | 2012 | 1FUJGLDR8CSBH8247 | COMMERCIAL | 931 | 30,000 |
| 3 | FRHT | 2012 | 1FUJGLDR8CLBL5364 | COMMERCIAL | 930 | 30,000 |
| 4 | FRHT | 2012 | 1FUJGLDR4CSBE0689 | COMMERCIAL | 929 | 30,000 |
| 5 | FRHT | 2014 | 3AKJGLBG9ESFL8567 | HITACHI | 959 | 37,000 |
| 6 | INTERN | 2010 | 3HSCUAPR3AN192980 | QUALITY | 904 | 22,000 |

| TRAILERS |  |  |  |
|---|---|---|---|
| 1 | UTILITY | 2015 VIN - 1FUYVS2533FU158723 | 250 |
| 2 | HYUNDAI | 2015 VIN - 3H3V532CXFT313135 | 250 |
| 3 | HYUNDAI | 2015 VIN - 3H3V532C8FT313022 | 250 |

| # | YEAR | Truck / Trailer | Make & Models | VIN # | LENDER | | VALUE | REMAINING BALANCE |
|---|------|------|---------------|-------|--------|--|-------|-------------------|
| 1 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06274B705761 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 2 | 2004 | Trailer | Great Dane - Dry van | 1GRAA062X4B706404 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 3 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06224B706414 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 4 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06284B706420 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 5 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06254B708027 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 6 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06214B708042 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 7 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06244B708049 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 8 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06214B708056 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 9 | 2004 | Trailer | Great Dane - Dry van | 1GRAA06234B708057 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 10550 | 6653.016 |
| 10 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06205B701794 | Bank of the Ozarks | PO BOX 242208, Little Rock,AR, 72223 | 11750 | 6653.016 |
| | | | **TOTAL BANK OF OZARKS** | | | | **106700** | **66530.16** |
| 1 | 2006 | Trailer | Wabash - Dry van | 1JJV532W86L986323 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 2 | 2006 | Trailer | Wabash - Dry van | 1JJV532W16L992982 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 3 | 2006 | Trailer | Wabash - Dry van | 1JJV532WX5L993144 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 4 | 2006 | Trailer | Wabash - Dry van | 1JJV532W36L993308 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 5 | 2006 | Trailer | Wabash - Dry van | 1JJV532W96L986573 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 6 | 2006 | Trailer | Wabash - Dry van | 1JJV532W46L986545 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 7 | 2006 | Trailer | Wabash - Dry van | 1JJV532WX6L986405 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 8 | 2006 | Trailer | Wabash - Dry van | 1JJV532W46L993401 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 9 | 2006 | Trailer | Wabash - Dry van | 1JJV532W76L993618 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 10 | 2006 | Trailer | Wabash - Dry van | 1JJV532W96L986685 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 11 | 2006 | Trailer | Wabash - Dry van | 1JJV532W56L986652 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 12 | 2006 | Trailer | Wabash - Dry van | 1JJV532W26L986544 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 14000 | 11875.64 |
| 13 | 2005 | Trailer | Utility - Dry van | 1UYVS25345G513010 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 13000 | 11875.64 |
| 14 | 2005 | Trailer | Stoughton - Dry van | 1DW1A532158826860 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 13000 | 11875.64 |
| 15 | 2005 | Trailer | Stoughton - Dry van | 1DW1A53266S881242 | Crossroads Eq. Lease | 9385 Haven Ave, Rancho Cucamonga,CA, 91730 | 13000 | 11875.64 |
| | | | **TOTAL CROSSROADS** | | | | **207000** | **178134.6** |
| 1 | 2003 | Trailer | Utility - Dry van | 1UYVS25393P015818 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 2 | 2003 | Trailer | Utility - Dry van | 1UYVS25323P015904 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 3 | 2003 | Trailer | Utility - Dry van | 1UYVS25373P015915 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 4 | 2003 | Trailer | Utility - Dry van | 1UYVS25303P015917 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 5 | 2003 | Trailer | Utility - Dry van | 1UYVS25303P015920 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 6 | 2003 | Trailer | Utility - Dry van | 1UYVS25393P051315 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 7 | 2003 | Trailer | Utility - Dry van | 1UYVS25323P051317 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 8 | 2003 | Trailer | Utility - Dry van | 1UYVS25353P051408 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 9 | 2003 | Trailer | Utility - Dry van | 1UYVS25383P051418 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 10 | 2003 | Trailer | Utility - Dry van | 1UYVS25363P096017 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 11 | 2003 | Trailer | Utility - Dry van | 1UYVS25383P096018 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 12 | 2003 | Trailer | Utility - Dry van | 1UYVS25343P989206 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 13 | 2003 | Trailer | Utility - Dry van | 1UYVS253X3P989209 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 14 | 2003 | Trailer | Utility - Dry van | 1UYVS25363P989210 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| | 2003 | Trailer | Utility - Dry van | 1UYVS25393P989217 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 2003 | Trailer | Utility - Dry van | 1UYVS25383P989242 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 17 | 2003 | Trailer | Utility - Dry van | 1UYVS25303P989249 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 18 | 2003 | Trailer | Utility - Dry van | 1UYVS25313P989261 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 19 | 2003 | Trailer | Utility - Dry van | 1UYVS25353P989263 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 20 | 2003 | Trailer | Utility - Dry van | 1UYVS25373P989264 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 21 | 2003 | Trailer | Utility - Dry van | 1UYVS25313P989245 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 22 | 2003 | Trailer | Utility - Dry van | 1UYVS25393P989265 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 23 | 2003 | Trailer | Utility - Dry van | 1UYVS25303P989221 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 24 | 2003 | Trailer | Utility - Dry van | 1UYVS25383P051516 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 25 | 2003 | Trailer | Utility - Dry van | 1UYVS25333P051309 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 26 | 2003 | Trailer | Utility - Dry van | 1UYVS25353P051313 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 27 | 2003 | Trailer | Utility - Dry van | 1UYVS25363P096020 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 28 | 2003 | Trailer | Utility - Dry van | 1UYVS25353P989201 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 29 | 2003 | Trailer | Utility - Dry van | 1UYVS25373P112905 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 30 | 2003 | Trailer | Utility - Dry van | 1UYVS25323P989219 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 31 | 2003 | Trailer | Utility - Dry van | 1UYVS253X3P989226 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 32 | 2003 | Trailer | Utility - Dry van | 1UYVS25313P015912 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 33 | 2003 | Trailer | Utility - Dry van | 1UYVS253X3P051310 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 34 | 2003 | Trailer | Utility - Dry van | 1UYVS25333P051407 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 35 | 2003 | Trailer | Utility - Dry van | 1UYVS25323P051415 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 36 | 2003 | Trailer | Utility - Dry van | 1JJV532W23L815451 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 37 | 2003 | Trailer | Utility - Dry van | 1JJV532W93L815463 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 38 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06235B701756 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 39 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06265B701749 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 40 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06245B701751 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 41 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06275B701758 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 42 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06295B701759 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 43 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06285B701767 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 44 | 2005 | Trailer | Great Dane - Dry van | 1GRAA062X5B701768 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 45 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06285701784 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 46 | 2005 | Trailer | Great Dane - Dry van | 1GRAA06235B701787 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 47 | 2005 | Trailer | Stoughton - Dry van | 1DW1A53275S790124 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 48 | 2005 | Trailer | Stoughton - Dry van | 1DW1A53265S790115 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 49 | 2005 | Trailer | Stoughton - Dry van | 1DW1A53295S790187 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 50 | 2005 | Trailer | Stoughton - Dry van | 1DW1A53215S790507 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 11434.6 | 11434.6 |
| 51 | 2012 | Truck | Freightliner - Cascadia | 1FUJGLDE4CSBE0594 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 94278 | 94278 |
| 52 | 2012 | Truck | Freightliner - Cascadia | 1FUJGLDE2CSBE0657 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 94278 | 94278 |
| 53 | 2012 | Truck | Freightliner - Cascadia | 1FUJGLDR5CSBE0605 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 94278 | 94278 |
| 54 | 2012 | Truck | Freightliner - Cascadia | 1FUJGLDE7CSBH8272 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 94278 | 94278 |
| 55 | 2012 | Truck | Freightliner - Cascadia | 1FUJGLDR4CSBH8276 | Commercial Credit Group | PO BOX 60121, Charlotte,NC, 28260 | 94278 | 94278 |
| | | TOTAL CCG | | | | | 1043120 | 1043120 |
| 1 | 2006 | Trailer | Great Dane - Dry van | 1GRAA06246K276291 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 2 | 2006 | Trailer | Great Dane - Dry van | 1GRAA06296K276318 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 3 | 2006 | Trailer | Great Dane - Dry van | 1GRAA06256K274355 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 4 | 2006 | Trailer | TMO - Dry Van | 2MN01JAH461009352 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 5 | 2006 | Trailer | Great Dane - Dry van | 1GRAA06226T527612 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 6 | 2006 | Trailer | TMO - Dry Van | 2MN01JAH361009374 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |

| # | Year | Type | Make/Model | VIN | Lessor | Address | | |
|---|------|------|------------|-----|--------|---------|---|---|
| 7 | 2006 | Trailer | TMO - Dry Van | 2MN01JAH460006539 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 8 | 2006 | Trailer | Great Dane - Dry Van | 1GRAA06236B550163 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 9 | 2007 | Trailer | Great Dane - Dry van | 1GRAA06217B705775 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11636.3 |
| 10 | 2007 | Trailer | Utility - Dry van | 1UYVS25307G010416 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11636.3 |
| 11 | 2006 | Trailer | Vanguard - Dry Van | 5V8VA53246M602265 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 8830.46 |
| 12 | 2008 | Trailer | Wabash - Dry van | 1JJV532W78L148836 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 12733.2 |
| 13 | 2007 | Trailer | TMO - Dry Van | 2MN01JAH171000190 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11636.3 |
| 14 | 2008 | Trailer | Wabash - Dry van | 1JJV532W98L149650 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 12733.2 |
| 15 | 2008 | Trailer | Wabash - Dry van | 1JJV532W18L148394 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 13097.72 |
| 16 | 2008 | Trailer | Wabash - Dry van | 1JJV532WXBL209631 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 12733.2 |
| 17 | 2008 | Trailer | Wabash - Dry van | 1JJV532W68L149721 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 12733.2 |
| 18 | 2006 | Trailer | Stoughton - Dry van | 1DW1A53286S881243 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 8830.46 |
| 19 | 2006 | Trailer | Stoughton - Dry van | 1DW1A53236S881229 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9018.06 |
| 20 | 2007 | Trailer | Wabash - Dry van | 1JJV532W87L040384 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11636.3 |
| 21 | 2007 | Trailer | Vanguard - Dry van | 5V8VA53287M702094 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11969.48 |
| 22 | 2006 | Trailer | Stoughton - Dry van | 1DW1A53276S881234 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9515.48 |
| 23 | 2007 | Trailer | Wabash - Dry van | 1JJV532W67L081225 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11969.48 |
| 24 | 2007 | Trailer | Wabash - Dry van | 1JJV532W67L084366 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11969.48 |
| 25 | 2007 | Trailer | Wabash - Dry van | 1JJV532W37L095504 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 15640 | 11969.48 |
| 26 | 2006 | Trailer | Stoughton - Dry van | 1DW1A53276S881220 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 14390 | 9215.48 |
| 27 | 2014 | Truck | Freightliner - Cascadia | 3AKJGLBG8ESFL8592 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 77535 | 73758.96 |
| 28 | 2013 | Truck | Freightliner - Cascadia | 1FUJGLBG0DSFB4282 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 72535 | 68215.84 |
| 29 | 2013 | Truck | Freightliner - Cascadia | 1FUJGLBGXDSFB4287 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 72535 | 68215.84 |
| 30 | 2014 | Truck | Freightliner - Cascadia | 3AKJGLBG9ESFL8567 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 77535 | 73758.96 |
| 31 | 2008 | Trailer | Stoughton - Dry van | 1DW1A53258S006849 | Hitachi Capital America Corp | 21925 Network Place, Chicago,IL, 60673 | 16890 | 12733.2 |
| | | **TOTAL HITACHI** | | | | | **713670** | **576670.22** |
| 1 | 2009 | Truck | International 4300 | 1HTMMAAL69H068020 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23989.47 | 23989.47 |
| 2 | 2009 | Truck | International 4300 | 1HTMMAAL89H068021 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23039.19 | 23039.19 |
| 3 | 2009 | Truck | International 4300 | 1HTMMAAL19H068023 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22849.45 | 22849.45 |
| 4 | 2009 | Truck | International 4300 | 1HTMMAAL39H068024 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22089.22 | 22089.22 |
| 5 | 2009 | Truck | International 4300 | 1HTMMAAL79H068026 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26075.09 | 26075.09 |
| 6 | 2009 | Truck | International 4300 | 1HTMMAAL19H068037 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24749.69 | 24749.69 |
| 7 | 2015 | Trailer | Utility - Dry van | 1UYVS2531FU158719 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 65589 | 65589 |
| 8 | 2015 | Trailer | Utility - Dry van | 1UYVS2533FU158723 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 66580 | 66580 |
| 9 | 2015 | Trailer | Utility - Dry van | 1UYVS2530FU158730 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 66580 | 66580 |
| 10 | 2010 | Truck | International Prostar | 3HSCUAPRXAN192961 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 11 | 2010 | Truck | International Prostar | 3HSCUAPR3AN192980 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 38038.31 | 38038.31 |
| 12 | 2010 | Truck | International Prostar | 3HSCUAPR3AN193109 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 13 | 2010 | Truck | International Prostar | 3HSCUAPR9AN193115 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 62135.4 | 62135.4 |
| 14 | 2010 | Truck | International Prostar | 3HSCUAPR2AN193120 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 39984.02 | 39984.02 |
| 15 | 2010 | Truck | International Prostar | 3HSCUAPRXAN193186 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 39984.02 | 39984.02 |
| 16 | 2010 | Truck | International Prostar | 3HSCUAPRXAN193205 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43573.36 | 43573.36 |
| 17 | 2010 | Truck | International Prostar | 3HSCUAPR1AN193299 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43573.36 | 43573.36 |
| 18 | 2010 | Truck | International Prostar | 3HSCUAPR1AN193349 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44854.9 | 44854.9 |
| 19 | 2010 | Truck | International Prostar | 3HSCUAPR7AN193355 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43701.52 | 43701.52 |
| 20 | 2010 | Truck | International Prostar | 3HSCUAPR9AN193454 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43701.52 | 43701.52 |
| 21 | 2010 | Truck | International Prostar | 3HSCUAPR5AN193466 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 45521.39 | 45521.39 |

| 22 | 2010 | Truck | International Prostar | 3HSCUAPR6AN193539 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43573.36 | 43573.36 |
| 23 | 2010 | Truck | International Prostar | 3HSCUAPR1AN205581 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44101.61 | 44101.61 |
| 24 | 2010 | Truck | International Prostar | 3HSCUAPR8AN205593 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 38038.31 | 38038.31 |
| 25 | 2010 | Truck | International Prostar | 3HSCUAPR3AN205601 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 26 | 2010 | Truck | International Prostar | 3HSCUAPR1AN205774 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 27 | 2010 | Truck | International Prostar | 3HSCUAPR2AN205959 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 43701.52 | 43701.52 |
| 28 | 2010 | Truck | International Prostar | 3HSCUAPR6AN206001 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 29 | 2015 | Trailer | Hyunday | 3H3V532C1FT239040 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 30 | 2010 | Truck | International Prostar | 3HSCUAPRXAN242919 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 44811.5 | 44811.5 |
| 31 | 2010 | Truck | International 4300 | 1HTMMAAL6AH273809 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 28390.77 | 28390.77 |
| 32 | 2010 | Truck | International 4300 | 1HTMMAAL9AH273920 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 25880.64 | 25880.64 |
| 33 | 2011 | Truck | International 4300 | 1HTMMAAL9BH282554 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 28600.08 | 28600.08 |
| 34 | 2015 | Trailer | Hyunday | 3H3V532C1FT313010 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 35 | 2015 | Trailer | Hyunday | 3H3V532C3FT313011 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 36 | 2015 | Trailer | Hyunday | 3H3V532C2FT313016 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 37 | 2015 | Trailer | Hyunday | 3H3V532C6FT313018 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 38 | 2015 | Trailer | Hyunday | 3H3V532C4FT313020 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 39 | 2015 | Trailer | Hyunday | 3H3V532C6FT313021 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 40 | 2015 | Trailer | Hyunday | 3H3V532C8FT313022 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22305.79 | 22305.79 |
| 41 | 2015 | Trailer | Hyunday | 3H3V532CXFT313023 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 42 | 2015 | Trailer | Hyunday | 3H3V532C1FT313024 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 43 | 2015 | Trailer | Hyunday | 3H3V532C3FT313025 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 44 | 2015 | Trailer | Hyunday | 3H3V532C5FT313026 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 45 | 2015 | Trailer | Hyunday | 3H3V532C7FT313027 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 46 | 2015 | Trailer | Hyunday | 3H3V532C9FT313028 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 47 | 2015 | Trailer | Hyunday | 3H3V532C0FT313029 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24238.22 | 24238.22 |
| 48 | 2015 | Trailer | Hyunday | 3H3V532C2FT313050 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 49 | 2015 | Trailer | Hyunday | 3H3V532CXFT313054 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 50 | 2015 | Trailer | Hyunday | 3H3V532C8FT313067 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 51 | 2015 | Trailer | Hyunday | 3H3V532C1FT313069 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 52 | 2015 | Trailer | Hyunday | 3H3V532C0FT313080 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 53 | 2015 | Trailer | Hyunday | 3H3V532C4FT313082 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 54 | 2015 | Trailer | Hyunday | 3H3V532C8FT313084 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 55 | 2015 | Trailer | Hyunday | 3H3V532CXFT313085 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 56 | 2015 | Trailer | Hyunday | 3H3V532C7FT313089 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 57 | 2015 | Trailer | Hyunday | 3H3V532C3FT313090 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 58 | 2015 | Trailer | Hyunday | 3H3V532C5FT313091 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 59 | 2015 | Trailer | Hyunday | 3H3V532C3FT313106 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 60 | 2015 | Trailer | Hyunday | 3H3V532C5FT313107 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 61 | 2015 | Trailer | Hyunday | 3H3V532C4FT313132 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 1036.9 | 1036.9 |
| 62 | 2015 | Trailer | Hyunday | 3H3V532CXFT313135 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26206.79 | 26206.79 |
| 63 | 2011 | Truck | International 4300 | 1HTMMAAL6BH325263 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23229.24 | 23229.24 |
| 64 | 2007 | Truck | International 4300 | 1HTMMAALX7H378930 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23229.2 | 23229.2 |
| 65 | 2008 | Truck | International 4300 | 1HTMMAAL88H570154 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 26089.95 | 26089.95 |
| 66 | 2008 | Truck | International 4300 | 1HTMMAALX8H570303 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 25043.8 | 25043.8 |
| 67 | 2008 | Truck | International 4300 | 1HTMMAAL48H674382 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 25043.8 | 25043.8 |
| 68 | 2009 | Truck | Freightliner M2 | 1FVACWDT09HAK1181 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23609.35 | 23609.35 |

| 69 | 2009 | Truck | Freightliner M2 | 1FVACWDT79HAM2349 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 29694.84 | 29694.84 |
|----|------|-------|-----------------|-------------------|-----------------|----------------------------------------|----------|----------|
| 70 | 2010 | Truck | Freightliner M2 | 1FVACWDT8AHAM3961 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 23405.87 | 23405.87 |
| 71 | 2007 | Truck | HINO 268 | 5PVNJ8JTX72S51004 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 24369.58 | 24369.58 |
| 72 | 2008 | Truck | HINO 268 | 5PVNJ8JV382S51588 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 19618.49 | 19618.49 |
| 73 | 2008 | Truck | HINO 268 | 5PVNJ8JTX82S51859 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 22659.39 | 22659.39 |
| 74 | 2010 | Truck | HINO 268 | 5PVNJ8JT9A4S52530 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 21899.17 | 21899.17 |
| 75 | 2010 | Truck | HINO 268 | 5PVNJ8JT3A4S52538 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 25319.86 | 25319.86 |
| 76 | 2010 | Truck | HINO 268 | 5PVNJ8JT5A4S52539 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 21899.17 | 21899.17 |
| 77 | 2010 | Truck | HINO 268 | 5PVNJ8JT4A4S52547 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 25319.86 | 25319.86 |
| 78 | 2007 | Truck | Freightliner M2 | 1FVACWDC77DY75800 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 20378.71 | 20378.71 |
| 79 | 2008 | Truck | Freightliner M2 | 1FVACWDT08HZ34793 | Quality Leasing | 7173 E 87th St, Indianapolis,IN, 45256 | 21899.17 | 21899.17 |
| | | | **TOTAL Quality Leasing** | | | | 2430384 | 2430384.33 |
| 1 | 2010 | Truck | International Prostar | 3HSCUAPRXAN193401 | Republic Bank | 2221 Camden Court, Oak Brook,IL, 60523 | 60000 | |
| 2 | 2010 | Truck | International Prostar | 3HSCUAPR3AN205226 | Edgebrook Bank | 2221 Camden Court, Oak Brook,IL, 60523 | 50000 | 15633.84 |
| 3 | 2007 | Truck | Volvo | 4V4NC9TH27N439334 | Edgebrook Bank | 2221 Camden Court, Oak Brook,IL, 60523 | 37600 | 25866.76 |
| 4 | 2007 | Truck | Volvo | 4V4NC9TH37N439424 | Edgebrook Bank | 2221 Camden Court, Oak Brook,IL, 60523 | 37600 | 27119.23 |
| 5 | 2007 | Truck | Kenworth T2000 | 1XKTDU9X77J168476 | Edgebrook Bank | 2221 Camden Court, Oak Brook,IL, 60523 | 26400 | 12973.67 |
| | | | **TOTAL EDGEBROOK BANK** | | | | 211600 | 81593.5 |
| 1 | 2014 | Trailer | Vanguard - Dry Van | 5V8VC5323EM403989 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 15000 | 4300 |
| 2 | 2014 | Trailer | Vanguard - Dry Van | 5V8VC532XEM403990 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 15000 | 6000 |
| 3 | 2015 | Trailer | Hyunday | 3H3V532C1FT007005 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 20000 | 4000 |
| 4 | 2015 | Trailer | Hyunday | 3H3V532C8FT007003 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 20000 | 2400 |
| 5 | 2014 | Trailer | Vanguard - Dry Van | 5V8VC5326EM403498 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 18000 | 12000 |
| 6 | 2014 | Trailer | Vanguard - Dry Van | 5V8VC5324EM403497 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 18000 | 12000 |
| 7 | 2014 | Trailer | Vanguard - Dry Van | 5V8VC5328EM403485 | Winona Leasing Company | 1777 W Service Dr, Winona,MN, 55987 | 18000 | 14000 |
| | | | **TOTAL WINONA LEASING** | | | | 124000 | 54700 |
| | | | **GENERAL TOTAL** | | | | 4836474 | 4431132.81 |

| 1 | 2012 | TRUCK | FRHT | 1FUJGLDR8CSBH8247 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
|---|------|-------|------|-------------------|--------------------------|----------------------------------------|-------|----------|
| 2 | 2012 | TRUCK | FRHT | 1FUJGLDR4CSBE0689 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
| 3 | 2012 | TRUCK | FRHT | 1FUJGLDR0CLBL5360 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
| 4 | 2012 | TRUCK | FRHT | 1FUJGLDR6CLBL5363 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
| 5 | 2012 | TRUCK | FRHT | 1FUJGLDR8CLBL5364 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
| 6 | 2012 | TRUCK | FRHT | 1FUJGLDRXCLBC3406 | COMMERCIAL FLEET CAPITAL | 350 BISHOP'S WAY , BROOKFIELD, WI 53005 | 50000 | 87785.94 |
| | | | | | | | 300000 | 526715.64 |

| | | | | | **NEW GENERAL TOTAL** | | 5136474 | 4957848.45 |
|---|---|---|---|---|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  I Load, Inc.

United States Bankruptcy Court for the:  Northern District of Illinois

Case number (If known):  17-16011

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.** Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
|---|---|---|

**2.1** Creditor's name

Bank of the Ozarks

Creditor's mailing address

PO Box 242208

Little Rock, AR 72223-2208

Creditor's email address, if known

Date debt was incurred  2015

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority.

1:Bank of the Ozarks; 2:Commercial See Attachment 1

Describe debtor's property that is subject to a lien

Trucks & vans    $ 66,530.16    $ Unknown

Describe the lien

Lien on Vehicles and Trailers

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**2.2** Creditor's name

Commercial Credit Group,

Creditor's mailing address

2135 City Gate Lane, Suite 440

Naperville, Il 60563

Creditor's email address, if known

Date debt was incurred  2016

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

Trucks & vans    $ Unknown    $ Unknown

Describe the lien

Lien on Vehicles and Trailers

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,271,307.45

| Debtor | T Load, Inc. | Case number (if known) 17-16011 |
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Commercial Fleet Capital | Trucks and vans |

$ Unknown     $ Unknown

**Creditor's mailing address**

350 Bishops Way #205
Brookfield, WI 53005

**Describe the lien**
Lien on Vehicles and Trailers

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2016

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
1:Winona Leasing;
2:Commercial Fleet Capital

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Crossworads Equipment Lease & Finance | Trucks & Vans |

$ Unknown     $ 207,000.00

**Creditor's mailing address**

9385 Haven Avenue
Rancho Cucamonga, CA 91730-5475

**Describe the lien**
Lien on Vehicles and Trailers

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2016

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    T Load, Inc.
_____
Name

Case number (if known) 17-16011

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Ferrari Financial

**Creditor's mailing address**

75 Remittance Drive, Suite 1738
Chicago, IL 60675

**Creditor's email address, if known**

_____

**Date debt was incurred** 2015

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Ferrari 458 CPE                    $271,016.00    $245,000.00

_____

**Describe the lien**
Purchase-Money Security Interest

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.6** Creditor's name

Hitachi Capital America Corp

**Creditor's mailing address**

800 Connecticut Avenue
Norwalk, CT 06854

**Creditor's email address, if known**

_____

**Date debt was incurred** 2015

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [x] Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Trucks & vans                    $ Unknown    $ Unknown

_____

**Describe the lien**
Lien on Vehicles and Trailers

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

Debtor __T Load, Inc._____    Case number (if known) __17-16011___
         Name

| Part 1: | Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name

__Mercedes-Benz__

Creditor's mailing address

__5505 N. Cumberland Ave., Suite 307__
__Chicago, IL 60656__

Creditor's email address, if known

_____

Date debt was incurred __2016__
Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

__2016 Mercedes-Benz G63W4__    $ __141,000.00__    $ __141,000.00__

_____

Describe the lien
__Purchase-Money Security Interest__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** Creditor's name

__Pete's Towing__

Creditor's mailing address

__15N350 IL-25__
__East Dundee, IL 60118__

Creditor's email address, if known

_____

Date debt was incurred __2016__
Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

__Trucks & Trailers__    $ __Unknown__    $ __Unknown__

_____

Describe the lien
__Lien on Vehicles and Trailers__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | T Load, Inc. | Case number *(if known)* 17-16011 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name

Quality Leasing Co., Inc.

Creditor's mailing address

7173 E. 87th St.
Indianapolis, IN 46256

Creditor's email address, if known

_____

Date debt was incurred     2015
Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Trucks and Trailers
_____
_____

Describe the lien
Lien on Vehicles and Trailers

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown     $ Unknown

---

**2.10** Creditor's name

Republic Bank of Chicago

Creditor's mailing address

4433 W. Touhy Ave
Lincolnwood, IL 60712

Creditor's email address, if known

_____

Date debt was incurred     _____
Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☒ Yes. The relative priority of creditors is specified on lines   2.1

Describe debtor's property that is subject to a lien

Trucks & Vans
_____
_____

Describe the lien
Lien on Vehicles and Trailers

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown     $ Unknown

---

Debtor    T Load, Inc.
Name

Case number (if known)  17-16011

---

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.1** Creditor's name

Rolls-Royce Motor Cars Financial

Creditor's mailing address

P.O. Box 9001065
Louisville, KY 40290

Creditor's email address, if known

Date debt was incurred    2016

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lease of Rolls-Royce Wraith Coupe

Describe the lien
See Attachment 2

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318,000.00    $ 290,000.00

---

**2.12** Creditor's name

TD Auto Finance

Creditor's mailing address

P.O. Box 16035
Lewiston, ME 04249-9417

Creditor's email address, if known

Date debt was incurred    2012

Last 4 digits of account number    0 7 2 8

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2012 Mercedes B. CLS Class

Describe the lien
Purchase-Money Security Interest

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56,842.00    $ 25,000.00

---

Debtor    T Load, Inc.
_____
Name    Case number (if known)  17-16011

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name

TD Auto Finance

**Describe debtor's property that is subject to a lien**

2016 Bentley Continental

$ 223,715.00        $ 198,500.00

**Creditor's mailing address**

P.O. Box 16035
Lewiston, ME 94243

**Describe the lien**
Purchase-Money Security Interest

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  2016
**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name

U.S. Bank

**Describe debtor's property that is subject to a lien**

2017 Porsche 911 Turbo S

$ 194,204.29        $ 160,250.00

**Creditor's mailing address**

824 North 11th Street
St. Louis, MIN 63101-1016

**Describe the lien**
Purchase-Money Security Interest

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  2017
**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  1 Load, Inc. _____     Case number (if known) 17-16011
       Name

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.15 | Creditor's name | | |

**2.15 Creditor's name**

Wex Bank / FleetOne Factoring, LLC

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$ 0.00                    $ 0.00

**Creditor's mailing address**

613 Bakertown Rd.
Antioch, TN 37013

**Describe the lien**
Purchase-Money Security Interest

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   2015

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**

Winona Leasing

**Describe debtor's property that is subject to a lien**

Trucks and Vans

$ Unknown                $ Unknown

**Creditor's mailing address**

1777 Service Dr
Winona, MN 55987

**Describe the lien**
Lien on Vehicles and Trailers

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   2016

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☒ Yes. The relative priority of creditors is specified on lines  2.3

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  I Load, Inc.
       Name

Case number *(if known)* 17-16011

---

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lessmeister & Associates<br>105 W Adams St, Ste 2020<br>Chicago, IL 60603 | Line 2. 1 | __ __ __ __ |
| Thompson Coburn<br>55 E. Monroe Street, 37th Floor<br>Chicago, IL 60603 | Line 2. 3 | __ __ __ __ |
| Clark Hill PLC<br>One Prudential Plaza , 130 E Randolph St #3900<br>Chicago, Illinois 60601 | Line 2. 6 | __ __ __ __ |
| Dressler Peters LLC<br>111 W Washington St<br>Chicago, IL 60602 | Line 2. 9 | __ __ __ __ |
| Magnozzi & Kye, LLP<br>23 Green Street<br>Huntington, NY 11743 | Line 2. 9 | __ __ __ __ |
| Scott & Kraus<br>150 S Wacker Dr, 29th Floor<br>Chicago, IL 60606 | Line 2. 10 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Attachment
Debtor: I Load, Inc.      Case No: 17-16011

Attachment 1

    Credit Group,; 3:Hitachi Capital America Corp; 4:Crossworads Equipment Lease &
Finance; 5:Republic Bank of Chicago

Attachment 2

    Nonpossessory, Nonpurchase-Money Security Interest

**Fill in this information to identify the case:**

Debtor    I Load, Inc.

United States Bankruptcy Court for the:   Northern District of Illinois

Case number   17-16011
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
City of Chicago Dept. of Finance

500 W. Monroe St.

Chicago, IL 60661

**Date or dates debt was incurred**
2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 440.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**2.2**   Priority creditor's name and mailing address
Cook County Department of Revenue

118 N. Clark St., #1160

Chicago, IL 60602

**Date or dates debt was incurred**
2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**2.3**   Priority creditor's name and mailing address
Illinois Department of Revenue

Bankruptcy Section, PO Box 64338

Chicago, IL 60664

**Date or dates debt was incurred**
2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 604.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.4** Priority creditor's name and mailing address

$ Unknown     $ Unknown

Illinois Dept. of Employment Security

Benefit Payment Control Division, PO BOx 4385

Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2016

**Basis for the claim:** Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address

$ Unknown     $ Unknown

Internal Revenue Service

Centralized Insolvency Operation, P.O. Box 7346

Philadelphia, Pennsylvania 19101-734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2016

**Basis for the claim:** Taxes and Other Government Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

### 3.1

**Nonpriority creditor's name and mailing address**

Abdulla Fahran

4158 Stephanie Drive
Sterling Heights, MI 48310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 112.50

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.2

**Nonpriority creditor's name and mailing address**

Adam Safaa

2219 Norwood Drive
Dallas, TX 75228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 1,874.35

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.3

**Nonpriority creditor's name and mailing address**

Adilet Asanbekov

Oaklyn Court, Apt 18
Pittsburgh, PA 15220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 1,075.00

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.4

**Nonpriority creditor's name and mailing address**

AFNI

1310 Martin Luther King Dr. PO Box 3068
Bloomington, IL 61702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade creditor

$ Unknown

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.5

**Nonpriority creditor's name and mailing address**

Ahmad Algarawi

13 Glochester Court
LaVerne, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 1,797.40

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.6

**Nonpriority creditor's name and mailing address**

Ahmed Al Jaboori

2250 Eldridge Parkway, Apt. 1024
Houston, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 1,211.93

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        Gi Bead, Inc.
        Name

Case number (if known) ___17-16011___

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | Nonpriority creditor's name and mailing address

Aibek Zhyldyzbek Uulu

1717 Voorhies Avenue, Apt 5

Brooklyn, NY 11235

Date or dates debt was incurred         2016
Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services performed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,151.11

---

**3.8** | Nonpriority creditor's name and mailing address

Alarm 24/7 Inc.

3740 W. 25th Ave.
Schiller Park, IL 60176

Date or dates debt was incurred         2016
Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade creditor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,161.00

---

**3.9** | Nonpriority creditor's name and mailing address

Alert GPS

3740 W. 25th Avenue
Schiller Park, IL 60176

Date or dates debt was incurred         2016
Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade creditor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,161.00

---

**3.10** | Nonpriority creditor's name and mailing address

Ali A. Al Jameel

6419 N. Richmond Street, Unit 3E
Chicago, IL 60656

Date or dates debt was incurred         2016
Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 512.50

---

**3.11** | Nonpriority creditor's name and mailing address

AllianceOne Rec. Mgmt., Inc.

6565 Mimball Dr. Suite 200
Gig Harbor , WA 98335

Date or dates debt was incurred         2016
Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade creditor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.25

---

| Debtor | Gibson, Inc. | | Case number (if known) 17-16011 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.12 Nonpriority creditor's name and mailing address

Alton Moore

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Services performed

Date or dates debt was incurred    2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 150.00

---

### 3.13 Nonpriority creditor's name and mailing address

Atabek Daminov

57 Parke Street, Apt 4

Pittsburgh, PA 15205

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 4,642.82

---

### 3.14 Nonpriority creditor's name and mailing address

Atlas SN Leasing

2500 Devon Ave

Elk Grove Village, Il 60007

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Towing

Date or dates debt was incurred    2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

### 3.15 Nonpriority creditor's name and mailing address

Atlas SN Leasing

2500 Devon Ave.

Elk Grove Village, IL 60007

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Towing

Date or dates debt was incurred    2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 9,021.77

---

### 3.16 Nonpriority creditor's name and mailing address

Atlas SN Leasing, Inc.

c/o Sullivan Hincks & Conway 120 West 22nd Street, Suite 100

Oak Brook, IL 60523

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Incomplete endorsement check

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 29,309.25

---

| Debtor | G Load, Inc. | Case number (if known) | 17-16011 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address

Azamat Asylbekov

655 Aklynn Court
Pittsburgh, PA 15220

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 937.50

---

**3.18** Nonpriority creditor's name and mailing address

Baktiar Baitemirov

617 N. Watt Road
Knoxville, TN 37934

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,125.00

---

**3.19** Nonpriority creditor's name and mailing address

Beeline Truck Center

133 Beeline Dr # 1
Bensenville, IL 60106

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.20** Nonpriority creditor's name and mailing address

Begaly Duishebaev

4100 SW 25th Street
West Park, FL 33023

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 325.00

---

**3.21** Nonpriority creditor's name and mailing address

Bellwood Currency Exchange, Inc

1528 Lee St
Des Plaines, IL 60018

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Collection

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,053.00

Debtor _____ Q-Load, Inc. _____   Case number (if known) __17-16011__
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Berkshire Hathaway Homestate Ins

1314 Douglas St.
Omaha, NB 68102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Insurance

$ 12,968.19

Date or dates debt was incurred  2016
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Berkshire Hathaway Homestate Ins

Attn: Teller Levit Silvertrust 19 S. LaSalle #701
Chicago, IL 60603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Insurance

$ 13,485.14

Date or dates debt was incurred  2016
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Blue Line Trucks

23 Hughes PL
Little Falls, NJ 07424

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Services performed

$ 7,234.33

Date or dates debt was incurred  2016
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

BMO Harris Bank, NA

Attn: Reed Smith LLP 10 S. Wacker Dr.
Chicago, Il 60606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ Unknown

Date or dates debt was incurred  2016
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Caine & Weiner

1699 East Woodfield Road Suite 360
Schaumburg, IL 60173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 343.35

Date or dates debt was incurred  2016
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____ I-Road, Inc. _____    Case number (if known) __17-16011__
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address

Coleman Cole

_____

_____

Date or dates debt was incurred    __2016__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  __Services performed__

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,259.98

---

**3.28** | Nonpriority creditor's name and mailing address

Crestmark TPG LLC

800 Crescent Centre Drive, Suite 620
Franklin, TN 37067

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.29** | Nonpriority creditor's name and mailing address

DBG Express Trucking LLC

10310 W. Pallotine Drive
Greenfield, WI 53228

Date or dates debt was incurred    __2016__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 771,076.48

---

**3.30** | Nonpriority creditor's name and mailing address

Delaware Department of Transportation

PO Box 778
Dover, DE 19903

Date or dates debt was incurred    __2016__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fees and Fines__

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,536.54

---

**3.31** | Nonpriority creditor's name and mailing address

Delaware River and Bay Authority

PO Box 4971
Trenton, NJ 08650

Date or dates debt was incurred    __2016__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Fees and Fines__

Is the claim subject to offset?
☒ No
☐ Yes

$ 804.55

---

Debtor   Lebad, Inc.
_____
        Name

Case number (if known)  17-16011

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.32** Nonpriority creditor's name and mailing address

Dzikos, Inc.

1949 Grace Street
Chicago, IL 60613

Date or dates debt was incurred    2016
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,924.63

---

**3.33** Nonpriority creditor's name and mailing address

Edward Pittman

2239 Fall Meadow Drive
Missouri City, TX 77459

Date or dates debt was incurred    2016
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 125.00

---

**3.34** Nonpriority creditor's name and mailing address

Emmanuel Kena

6735 N. California Avenue, Unit 2W
Chicago, IL 60645

Date or dates debt was incurred    2016
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 600.00

---

**3.35** Nonpriority creditor's name and mailing address

Enterprise Leasing Company of Chicago

c/o Ryan Nevara 328 S. Jefferson, Suite 909
Chicago, IL 60607

Date or dates debt was incurred    2016
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ 19,564.43

---

**3.36** Nonpriority creditor's name and mailing address

Erbol Sovetov

1209 Village Road
Pittsburg, PA 15205

Date or dates debt was incurred    2016
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

---

| Debtor | G Load, Inc. | Case number (if known) 17-16011 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.37** **Nonpriority creditor's name and mailing address**

Esenbek Omurzakov

316 Kaecher Street
Pittsburgh, PA 15207

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services performed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 787.50

---

**3.38** **Nonpriority creditor's name and mailing address**

Farkhod Rakhmanzhanov

2624 Catalpa Avenue, Apt 20
Chicago, IL 60625

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,214.56

---

**3.39** **Nonpriority creditor's name and mailing address**

Farrah Kaiumov

617 S. 24th Street
Hollywood, FL 33020

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.50

---

**3.40** **Nonpriority creditor's name and mailing address**

Federal Deposit Insurance Corp

Attn: O'Brien Law Offices, P.C 124A South County Farm Road
Wheaton, IL 60187

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 503,302.01

---

**3.41** **Nonpriority creditor's name and mailing address**

FedEx

PO Box 94515
Palatine, IL 60094

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade creditor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,397.16

---

Debtor  G Load, Inc.
Name
Case number (if known)  17-16011

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

First Insurance Funding Corp.

Attn: Kenneth J. Donkel 7220 W. 194th St., #105
Tinley Park, IL 60487

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Insurance

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.43** Nonpriority creditor's name and mailing address

First Insurance Funding Corp.

450 Skokie Blvd. Suite 100
Northbrook, IL 60062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 376.46

---

**3.44** Nonpriority creditor's name and mailing address

Flat Rabbit, Inc.

7400 Sheridan Road
Chicago, IL 60626

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,694.58

---

**3.45** Nonpriority creditor's name and mailing address

Fleet One

P.O. Box 415000
Nashville, TN 37241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,303.76

---

**3.46** Nonpriority creditor's name and mailing address

Florida Dept. of Transportation

605 Suwannee Street
Tallahassee, FL 32399-0450

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Fees and Fines

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Debtor    Crisad, Inc.
_____     Case number (if known) 17-16011
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.47** Nonpriority creditor's name and mailing address

Freddie Spear

205 Prewitt Village A
Belle Glade, FL 33430

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,462.50

---

**3.48** Nonpriority creditor's name and mailing address

Geico

Attn: Thomas George & Assoc. PO Box 30
East Northport, NY 11731

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.49** Nonpriority creditor's name and mailing address

Graham Enterprise, Inc.

446 N. Morris St. PO Box 777
Mundelein, IL 60060

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.50** Nonpriority creditor's name and mailing address

Hinckley Springs

PO Box 6605579
Dallas, TX 75266-0579

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 343.28

---

**3.51** Nonpriority creditor's name and mailing address

IH3 Property Illinois

c/o Scott & Kraus LLC 150 W. Wacker Drive, #2900
Chicago, IL 60606

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,000.00

---

| Debtor | G. Load, Inc. | Case number (if known) 17-16011 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.52** Nonpriority creditor's name and mailing address

Illinois Tollway

PO Box 5544
Chicago, IL 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 3,490.65

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

Basis for the claim: Tolls

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Infinity Printing Supplies

PO Box 3517
Granada Hills, CA 91394

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 938.49

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

Basis for the claim: Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Jamal Founetenett

316 Anita Street
Houston, TX 77004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 225.00

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

Basis for the claim: Services performed

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

James Elwood Morris

1753 Davidson Drive, Unit C2
Augusta, CA 30904

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.00

Date or dates debt was incurred     2016

Last 4 digits of account number     __ __ __ __

Basis for the claim: Services performed

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Johnson Rickley Earl

6505 England Street
Houston, TX 77021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 192.50

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Basis for the claim: Services performed

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Cload, Inc. | Case number (if known) | 17-16011 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | Nonpriority creditor's name and mailing address

Justin Caldara

2101 Holly Oaks Lane, Unit 216
Weatherford, OK 76087

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 250.00

---

**3.58** | Nonpriority creditor's name and mailing address

Karen Cygan

2007 Jonothon Avenue
Rockford, IL 61103

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 1,100.00

---

**3.59** | Nonpriority creditor's name and mailing address

Kenneth Anderson

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 25.00

---

**3.60** | Nonpriority creditor's name and mailing address

Kush Trucking, inc.

2121 W. Granville Avenue
Chicago, IL 60659

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,919.22

---

**3.61** | Nonpriority creditor's name and mailing address

Lamond Randle

5826 Belcrest Street
Houston, TX 77033

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 162.50

---

Debtor   Q. food, Inc.
_____
Name

Case number (if known)   17-16011

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** Nonpriority creditor's name and mailing address

Larry Joubert

8263 Hwy 182
Opelousas, La 70570

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 262.50

---

**3.63** Nonpriority creditor's name and mailing address

Liberty Mutual Insurance

PO Box 9102
Weston, MA 02493

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.64** Nonpriority creditor's name and mailing address

Liberty Mutual Insurance

95 W. Algonquin Rd. Suite 175
Arlington Heights, IL 60005

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,059.32

---

**3.65** Nonpriority creditor's name and mailing address

License Plate Toll

PO Box 5470
Denver, CO 80217

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ 76.00

---

**3.66** Nonpriority creditor's name and mailing address

Loay Muhi Mohammed Al Samarrai

2220 Avendia La Quinta, Unit 508
Houston, TX 77077

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 412.50

---

Debtor    G Food, Inc.
          Name                                                    Case number (if known)   17-16011

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.67** Nonpriority creditor's name and mailing address

Luna Cristero Peter

1911 Balzac Drive
Las Vegas, NV 89156

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services performed

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,325.92

---

**3.68** Nonpriority creditor's name and mailing address

Mack Rosemont

400 Tripp Street
Williamston, SC 29697

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: Services performed

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 887.50

---

**3.69** Nonpriority creditor's name and mailing address

Marbill Reatly Corporation

195 Route 46 West Suite 6
Totowa, NJ 087512

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: Trade creditor

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,308.51

---

**3.70** Nonpriority creditor's name and mailing address

Maria Zellamova

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: Services performed

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 750.00

---

**3.71** Nonpriority creditor's name and mailing address

Martinez Angel Luiz

10775 Spyglass Drive
Rancho Cucamonga, CA 91730

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: Services performed

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,785.52

---

Debtor    G Load, Inc.
_____
Name

Case number (if known) 17-16011

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Michael Knighter

17 Barbara Avenue
Binghampton, NY 13903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services performed

$ 637.50

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Michael Transportation, Inc.

2506 El Paso Grande Avenue
Henderson, NY 11218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 25,304.48

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

MMM Express, Inc.

2 Hinckley Place, Apt 6C
Brooklyn, NY 11218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 2,449.53

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Moussa Karar

11902 Woodland Way
Frisco, TX 72035

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 600.00

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

MZ Freight, Inc.

7851 Ogden Avenue, Apt 2D
Lyons, IL 60534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 2,384.54

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | T. Read, Inc. | Case number (if known) 17-16011 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** | Nonpriority creditor's name and mailing address

Nursultan Kozhobergenov

7620 N. East Laketerrace Street
Chicago, IL 60620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services performed

$ 4,320.20

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address

Nursultan Sakenov

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 75.00

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

Osmonov Express, Inc.

1490 Ocean Avenue, #68
Brooklyn, NY 11230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 5,254.07

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

OTR Express, Inc.

4600 Valley Drive
Las Vegas, NV 89031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 1,162.00

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address

Pamirbek Akmed Sharipov

1209 Village Drive
Pittsburgh, PA 15205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

$ 500.00

Date or dates debt was incurred   2016
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Gredad, Inc.
_____    Case number (if known) 17-16011
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.82** | Nonpriority creditor's name and mailing address

Parking Management Division

P.O Box 4997

Houston, TX 77210

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ 140.00

---

**3.83** | Nonpriority creditor's name and mailing address

Paul Bloomaert

421 N. Avon Street

Rockford, IL 61102

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,100.00

---

**3.84** | Nonpriority creditor's name and mailing address

PPL

2 North Ninth Street

Allentown, PA 18101

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.85** | Nonpriority creditor's name and mailing address

Quill.com

100 Schelter Road

Lincolnshire, IL 60069

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade creditor

Is the claim subject to offset?
☒ No
☐ Yes

$ 29.15

---

**3.86** | Nonpriority creditor's name and mailing address

Ramas Corp

8810 Robin Court

Hickory Hills, IL 60457

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 675.00

---

| Debtor | Gload, Inc. | Case number (if known) | 17-16011 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Safety Specialists, Inc.

21 Fountainhead Drive, Apt 201
Westmont, IL 60559

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services performed

$ 460.00

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

Salar Diznab Peikari

6 Athenny Drive, Unit 103
Timonium, MD 21093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Services performed

$ 1,704.56

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

Salar Peikari

c/o Mann & Casey 400 Washington Street
Towson, MD 21204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Services performed

$ 3,900.00

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Scott Dougherty

Attn: Goldberg Weisman Cairo 1 E. Wacker Dr.
Chicago, IL 60601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade creditor

$ Unknown

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Shannon Ray Pool

5416 Andora Street
Orlando, Fl 32807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   Services performed

$ 3,224.64

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    G. Load, Inc.
          Name                                          Case number (if known)   17-16011

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Sibor Express Ltd - Bojan

3525 S. Central Avenue, #2E

Cicero, IL 60804

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Service performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 998.80

---

**3.93** Nonpriority creditor's name and mailing address

South Carolina Dept. Motor Vehicles

1630 Shop Road

Columbia, SC 29201

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Fees and Fines

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.94** Nonpriority creditor's name and mailing address

Stevko Krstev

10209 S. 86th Street

Palos Hills, IL 60465

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,361.66

---

**3.95** Nonpriority creditor's name and mailing address

Stevo Djordjevic

6600 Woodrive Drive, #206

Niles, IL 60714

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,500.00

---

**3.96** Nonpriority creditor's name and mailing address

Tahar Abdullahi Ali

436 Dayton Avenue, Unit 6

St Paul, MN 55102

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 312.50

---

| Debtor | Cload, Inc. | Case number (if known) 17-16011 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

Talgat Omurbekov

7906 Bradford Street, Unit F12
Philadelphia, PA 19152

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services performed

Is the claim subject to offset?
☒ No
☐ Yes

$ 702.49

---

**3.98** Nonpriority creditor's name and mailing address

The Commerce Insurance Company

11 Gore Road
Webster, MA 01570

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.99** Nonpriority creditor's name and mailing address

Transworld Systems Inc

PO Box 15618
Wilmington, DE 19850

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Fees and Fines

Is the claim subject to offset?
☒ No
☐ Yes

$ 55.29

---

**3.100** Nonpriority creditor's name and mailing address

Trinity

c/o Dressler & Peters, LLC 70 West Hubbard Street
Chicago, IL 60654

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Judgment

Is the claim subject to offset?
☒ No
☐ Yes

$ 71,871.21

---

**3.101** Nonpriority creditor's name and mailing address

Tx Tag

P.O Box 650749
Dallas, TX 75265

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Fees and Fines

Is the claim subject to offset?
☒ No
☐ Yes

$ 314.70

---

Debtor ___G Food, Inc._____   Case number (if known)___17-16011___
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** Nonpriority creditor's name and mailing address

USPS Disbursing Office

PO Box 21666
Saint Paul, MN 55121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$5,831.04

Date or dates debt was incurred ___2016___

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: __Fees and Fines__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

Washington Montrell Jarrard

12714 Jutland Road
Houston, TX 77048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$400.00

Date or dates debt was incurred ___2016___

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: __Services performed__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

Western Union Financial Services

PO 6036
Englewood, CA 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$2,688.85

Date or dates debt was incurred ___2016___

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: __Fees and Fines__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Winsome Express, Inc.

8128 Park Crest Drive
Darien, IL 77048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$400.00

Date or dates debt was incurred ___2016___

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: __Services performed__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Wissam Al Jabor

162 E. Gladstone Drive, Apt 101
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$4,945.31

Date or dates debt was incurred ___2016___

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: __Services performed__

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 23 of 26

| Debtor | iTeed, Inc. | Case number _(if known)_ 17-16011 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.107** Nonpriority creditor's name and mailing address

Zeliko Srdic

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services performed

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 12.50

---

**3.108** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.109** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.110** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.111** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor _____Creed, Inc._____    Case number (if known) ___17-16011___
        Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Berkshire Hathaway Homestate Ins<br>1314 Douglas St.<br>Omaha, NB 68102 | Line 3.23<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Arnold Scott Harris PC<br>111 W. Jackson, Suite 600<br>Chicago, IL 60604 | Line 3.52<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   i Load, Inc.                                    Case number (if known)   17-16011
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 1,044.09 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 1,658,285.46 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,659,329.55 |

**Fill in this information to identify the case:**

Debtor name _I Load, Inc._

United States Bankruptcy Court for the: _Northern District of Illinois_

Case number (If known): _17-16011_    Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of trailers | Winona Leasing |
| | | | 275 W. Second Street |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Winona          MN          55987-3114 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease on vehicle | Rolls-Royce Motor Cars Financial |
| | | | P.O. Box 9001065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Louisville          KY          40290 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Trucks & trailers | Quality Leasing |
| | | | 9702 East 30th Street |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Indianapolis          IN          46229 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name    I Load, Inc. |
| United States Bankruptcy Court for the:   Northern District of Illinois |
| Case number (If known):   17-16011 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Kinga Politanska | 1429 Granville Avenue _Street_<br><br>Park Ridge   Illinois   60068 _City   State   ZIP Code_ | Wex Bank / FleetOne<br>Factoring, LLC<br>See Attachment 1 | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _Street_<br><br>_City   State   ZIP Code_ | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _Street_<br><br>_City   State   ZIP Code_ | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _Street_<br><br>_City   State   ZIP Code_ | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _Street_<br><br>_City   State   ZIP Code_ | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _Street_<br><br>_City   State   ZIP Code_ | | ☐ D<br>☐ E/F<br>☐ G |

Attachment
Debtor: I Load, Inc.      Case No: 17-16011

Attachment 1

Ferrari Financial, Schedule D
TD Auto Finance, Schedule D
TD Auto Finance, Schedule D
Rolls-Royce Motor Cars Financial, Schedule D
Mercedes-Benz, Schedule D
U.S. Bank, Schedule D