# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | Honorable LaShonda A. Hunt |
| I Load, Inc., | ) | |
| | ) | |
| | ) | Case No. 17 B 16011 |
| Debtor, | ) | |

## NOTICE OF MOTION FOR ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO:   DEBTORS, DEBTORS' COUNSEL, CHAPTER 11  TRUSTEE:**

Please take notice that on June 14, 2017, at 10:00 a.m. or as soon thereafter as the same may be heard, the undersigned will present to the Honorable LaShonda A. Hunt (or any other judge who may be presiding in his or her place), in Room 719, Everett M. Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, the attached motion for adequate protection or, in the alternative, motion for relief from the automatic stay.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO.  63105
(314) 727-0101
Fax (314) 727-1086

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | Honorable LaShonda A. Hunt |
| I Load, Inc., | ) | |
| | ) | |
| | ) | Case No. 17 B 16011 |
| Debtor. | ) | |

## MOTION FOR ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY

TD Auto Finance LLC ("TD Auto"), by counsel, moves for an order of adequate protection or, in the alternative, relief from the automatic stay, on the following grounds:

1. On the date of the filing of this bankruptcy proceeding, TD Auto was owed at least $56,439.33, secured by a 2012 Mercedes-Benz CLS63, VIN: WDDLJ7EB8CA025682.

2. Copies of the documents evidencing TD Auto's security interest and perfection thereof are attached as Exhibits A and B.

3. Debtor has continued to use the vehicle during the pendency of this case, causing wear and tear on the vehicle in addition to the normal depreciation in the vehicle's value over time.

4. Payments to TD Auto are delinquent for January 23, 2017, and thereafter, in the amount of approximately $5,278.65.

5. TD Auto is without evidence that its interest in the vehicle is adequately insured.

6. TD Auto is entitled to adequate protection of its security interest in the vehicle pending confirmation of a Plan of Reorganization. Such adequate protection includes at least monthly payments under the contract and proof of insurance.

7. If such adequate protection is not forthcoming, TD Auto is entitled to relief from the automatic stay for cause.

8. In the alternative, there is no equity in the vehicle, and it is not needed for an effective reorganization.

WHEREFORE, TD Auto respectfully requests that it be granted adequate protection pursuant to 11 U.S.C. § 361, that the Debtor be ordered to provide adequate protection consisting of monthly payments to TD Auto pursuant to the contract or, in the alternative, that the Court lift the automatic stay of 11 U.S.C. § 362 as to the vehicle described above. TD Auto further requests such other relief as is just and proper.

Respectfully submitted,

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO. 63105
(314) 727-0101
Attorneys for TD Auto

# PROOF OF SERVICE

The undersigned states that I served the Notice of Motion for Adequate Protection or, in the alternative, Motion for Relief from the Automatic Stay Filed and attached Motion for Adequate Protection or, in the alternative, Motion for Relief, by TD Auto Finance LLC upon the parties named below was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on the 7th day of June, 2017.

I Load, Inc.                                               Debtor
2118 S. Wolf Road
Des Plaines, IL 60018

David R. Herzog                                            Attorney for Debtor
77 W. Washington, Ste. 1717
Chicago, IL 60602

Office of the United States Trustee
Dirksen Federal Court House
Chicago, IL 60604

DBG Express Trucking LLC
10310 W. Pallotine Drive
Greenfield, WI  53228

Federal Deposit Insurance Corp
Attn:  O'Brien Law Offices, P.C.
124A South County Farm Road
Wheaton, IL  60187

Bank of the Ozarks
c/o Lessmeister & Associates
105 West Adams, Suite 2020
Chicago, IL  60603

Fleet One
P.O.  Box 415000
Nashville, TN  37241

Republic Bank of Chicago
Attn:  Scott & Kraus LLC
150 S. Wacker, Ste. 2900
Chicago, IL  60606

Enterprise Leasing Company of Chicago
c/o Ryan Nevara
328 S. Jefferson, Suite 909
Chicago, IL  60607

Berkshire Hathaway Homestate Ins

Attn: Teller Levit Silvertrust
19 S. LaSalle #701
Chicago, IL  60603

Berkshire Hathaway Homestate Ins
1314 Douglas St.
Omaha, NB  68102

Atlas SN Leasing
2500 Devon Ave.
Elk Grove Village, IL  60007

USPS Disbursing Office
PO Box 21666
Saint Paul, MN  55121

FedEx
PO Box 94515
Palantine, IL  60094

Marbill Realty Corporation
195 Route 46 West
Suite 6
Totowa, NJ  087512

Illinois Tollway
PO Box 5544
Chicago, IL  60680

Western Union Financial Services
PO Box 6036
Englewood, CA  80112

Delaware Department of Transportation
PO Box 778
Dover, DE  19903

Alarm 24/7 Inc.
3740 W. 25th Ave.
Schiller Park, IL  60176

Alert GPS
3740 W. 25th Avenue
Schiller Park, IL  60176

Liberty Mutual Insurance
95 W. Algonquin Rd.
Suite 175
Arlington Heights, IL  60005

Bellwood Currency Exchange, Inc
1528 Lee St
Des Plaines, IL  60018

Infinity Printing Supplies
PO Box 3517
Granada Hills, CA  91394

                                          **/s/ Kathryn A. Klein**