UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>I LOAD, INC.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-16011<br><br>Chapter:  11<br>Honorable LaShonda Hunt |

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

This cause coming on to be heard on the Motion of WEX Bank and Fleet One Factoring, LLC, creditors herein, to conduct an examination and to obtain documents, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of Title 11 of the United States Code and Rule 9013-9 of the Local Rule of the United States Bankruptcy Court for the Northern District of Illinois, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The motion is granted;

2. WEX Bank and Fleet One Factoring LLC be, and they hereby are authorized but not directed to conduct a Rule 2004 examination of, and obtain documents from Kinga Politanska; and

3. The parties shall work cooperatively to schedule the examination and document production at mutually convenient times.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 08, 2017

**Prepared by:**

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago IL  60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com