UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-16011 |
| I LOAD, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING RULE 2004 EXAMINATIONS**

This cause coming on to be heard on the Motion of Fleet One Factoring, LLC, creditor herein, to conduct an examination and to obtain documents, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of Title 11 of the United States Code and Rule 9013-9 of the Local Rule of the United States Bankruptcy Court for the Northern District of Illinois, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The motion is granted;

2. Fleet One Factoring LLC be, and it hereby is authorized but not directed to conduct a Rule 2004 examination of and obtain documents from the entities and individuals listed on Exhibit A; and,

3. To the extent necessary to effectuate this order, Fleet One Factoring, LLC is authorized to issue subpoenas for such examinations and document production.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 29 JUN 2017

**Prepared by:**

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago IL 60601
312-782-9000
312-782-6690 (fax) rfimoff@rsplaw.com

Rev: 20101118_bko

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | 17-16011 |
| I Load Inc. | ) | Chapter 11 |
|     Debtor | ) | |
| | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | |

EXHIBIT A
TO MOTION OF FLEET ONE FACTORING, LLC'S MOTION
FOR RULE 2004 EXAMINATION

Reload, Inc.

Reload, LLC

Lollipop, LLC

B Line Transport, Inc.

Truck Stars, Inc.

Business Transportation Specialists, LLC

Ilija Ristik

Ewa Politanska

Rosa Josifova

Konstartinos Karahalios

Michael Orlando

PAL 401, LLC

IMex Logistics, Inc.

I Truck Repair Shop, Inc.

13T2959