UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-16011 |
| I LOAD, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISES WITH RELOAD, INC., RELOAD, LLC, PRESTON CARTER, ADAM WHITE AND JAMES ELSEA**

This matter coming to be heard on the motion (the "Motion," and all undefined terms herein having the meanings set forth in the Motion) of Ira Bodenstein, not individually but solely as the duly appointed chapter 7 trustee (the "Trustee") of the bankruptcy estate of I Load, Inc., pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019, for entry of an order approving a settlement that he reached with ReLoad Inc., ReLoad LLC, Preston Carter, Adam White and James Elsea (the "Settling Defendants").

IT IS HEREBY ORDERED:

1. The Motion is granted as provided herein.

2. The Settlement Agreement appended to the Motion is approved.

3. The Settling Defendants shall, within five (5) business days of the entry of this Order, pay to the Trustee, $14,000.00 and deliver the assignments to the Trustee, as provided in the Settlement Agreement.

4. The Trustee is authorized to execute all documents reasonably necessary to effectuate the settlement described in the Settlement Agreement.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and this Order.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 22, 2018

**Prepared by:**

Ira Bodenstein, trustee (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
(312) 666-2861