Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-16011 DDC  
**Case Name:** I LOAD, INC.

**Period Ending:** 03/31/20

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 07/19/17 (c)  
**§341(a) Meeting Date:** 08/29/17  
**Claims Bar Date:** 07/18/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | A/R 90 days old or less. Face amount = $0. Doubt<br>   Orig. Description: A/R 90 days old or less. Face amount = $0. Doubtful/Uncollectible accounts = $0.; Imported from original petition Doc# 31 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $5318879.13.<br>   Orig. Description: A/R Over 90 days old. Face amount = $5318879.13.Doubtful/Uncollectible accounts = $0.; Imported from original petition Doc# 31 | 5,318,879.13 | 0.00 | | 0.00 | FA |
| 3 | USDOT License #1323104. Valuation Method: Unknow<br>   Orig. Description: USDOT License #1323104. Valuation Method: Unknown; Imported from original petition Doc# 31 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Trucks & vans -in possession (see list). Valuati<br>   Orig. Description: Trucks & vans -in possession (see list). Valuation Method:; Imported from original petition Doc# 31 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2016 Bentley Continental. Valuation Method: Kell<br>   Orig. Description: 2016 Bentley Continental. Valuation Method: Kelley Blue Book; Imported from original petition Doc# 31 | 198,500.00 | 0.00 | | 0.00 | FA |
| 6 | 2012 Mercedes B. CLS Class. Valuation Method: Ke<br>   Orig. Description: 2012 Mercedes B. CLS Class. Valuation Method: Kelley Blue Book; Imported from original petition Doc# 31 | 25,000.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-16011 DDC  
**Case Name:** I LOAD, INC.  

**Period Ending:** 03/31/20  

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 07/19/17 (c)  
**§341(a) Meeting Date:** 08/29/17  
**Claims Bar Date:** 07/18/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7   2015 Ferrsri 458 CPE. Valuation Method: Edmunds<br>Orig. Description: 2015 Ferrsri 458 CPE. Valuation Method: Edmunds; Imported from original petition Doc# 31 | 245,000.00 | 0.00 | | 0.00 | FA |
| 8   Owner & Operators Receiveables<br>Orig. Description: Owner & Operators Receiveables; Imported from original petition Doc# 31 | 312,024.90 | 0.00 | | 0.00 | FA |
| 9   Associated Bank Closed DIP Account  (u)<br>Closed DIP Account | 0.00 | 1,688.00 | | 5,902.62 | FA |
| 10  WEX Bank  Litigation Against Reload  (u)<br>Reload settlement | 0.00 | 14,000.00 | | 50,000.00 | FA |
| 11  WEX Bank Adminstrative Expense Funding  (u)<br>Approved per Court Order dted 10/16/17 Dkt # 169 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 12  Wex Bank Litigation against PAL LLC  (u) | 0.00 | 10,000.00 | | 7,500.00 | FA |
| 13  Wex Bank litigation against BTS  (u) | 0.00 | 5,000.00 | | 0.00 | 5,000.00 |
| **13 Assets   Totals** (Excluding unknown values) | **$6,099,404.03** | **$45,688.00** | | **$78,402.62** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

  5/9/20 One claim left in district court lititgation/ XPO potential claim still pending  
  4/15/19 Finish pending District Court litigation. Review claims  
  03/31/2018- Asset investigation underway; special counsel retained and avoidnce actions filed.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-16011 DDC | **Trustee:** (330129) | Ira Bodenstein |
| **Case Name:** I LOAD, INC. | **Filed (f) or Converted (c):** | 07/19/17 (c) |
| | **§341(a) Meeting Date:** | 08/29/17 |
| **Period Ending:** 03/31/20 | **Claims Bar Date:** | 07/18/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2019     **Current Projected Date Of Final Report (TFR):** December 31, 2020

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-16011 DDC | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | I LOAD, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***0170 | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/17 | {9} | Associated Bank | Closed DIP Account | 1229-000 | 511.56 | | 511.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 501.56 |
| 11/06/17 | {9} | Ilija Ristik | Balance due from closed DIP account at Associated Bank | 1229-000 | 2,805.06 | | 3,306.62 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,296.62 |
| 12/20/17 | {11} | WEX Bank | Administrative expense funding per Order Dted 10/16/17 Dkt # 169 | 1280-000 | 15,000.00 | | 18,296.62 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.05 | 18,285.57 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.93 | 18,256.64 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.50 | 18,232.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.22 | 18,205.92 |
| 03/31/18 | {10} | ReLoad, Inc | Payment per Compromise Order dted 3/22/2018 Dkt # 187 | 1241-000 | 14,000.00 | | 32,205.92 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.09 | 32,163.83 |
| 05/21/18 | {12} | Foote Mielke Chavez & O'Neil LLC | PAL LLC litigation settlement | 1241-000 | 7,500.00 | | 39,663.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.12 | 39,609.71 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.07 | 39,554.64 |
| 07/12/18 | {10} | Fleet One LLC | Payment on assigned ReLoad claim under Settlement approved 3/22/18 Dkt. # 187 | 1241-000 | 12,081.50 | | 51,636.14 |
| 07/24/18 | {10} | ReLoad, Inc | Additional Payment per Compromise Order dted 3/22/2018 Dkt # 187 | 1241-000 | 3,918.50 | | 55,554.64 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.63 | 55,482.01 |
| 08/25/18 | {10} | ReLoad, Inc | Additional Payment per Compromise Order dted 3/22/2018 Dkt # 187 | 1241-000 | 20,000.00 | | 75,482.01 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.33 | 75,396.68 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.83 | 75,338.85 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.11 | 75,270.74 |

**Subtotals :**   **$75,816.62**   **$545.88**

{} Asset reference(s)                                                                                           Printed: 05/26/2020 11:41 AM   V.14.60

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-16011 DDC  
**Case Name:** I LOAD, INC.

**Taxpayer ID #:** **-***0170  
**Period Ending:** 03/31/20

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Mechanics Bank  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $45,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/19 | 101 | International Sureties,Ltd | 2019 Bond Premium | 2300-000 | | 43.93 | 75,226.81 |
| 05/20/19 | {9} | Associated Bank | Additional funds from Closed DIP Account | 1229-000 | 2,586.00 | | 77,812.81 |
| 02/07/20 | 102 | International Sureties,Ltd | 2020 Bond Premium | 2300-000 | | 12.25 | 77,800.56 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 62.17 | 77,738.39 |
| | | | **ACCOUNT TOTALS** | | 78,402.62 | 664.23 | **$77,738.39** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 78,402.62 | 664.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$78,402.62** | **$664.23** | |

Net Receipts :   78,402.62  
Net Estate :   $78,402.62

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8866** | 78,402.62 | 664.23 | 77,738.39 |
| | **$78,402.62** | **$664.23** | **$77,738.39** |

{} Asset reference(s)

Printed: 05/26/2020 11:41 AM    V.14.60